

**Dated: March 25, 2019**

**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

_____

```
        IN THE UNITED STATES BANKRUPTCY COURT FOR
            THE WESTERN DISTRICT OF OKLAHOMA

IN RE:    REX WISE              )   Case No. 19-10263-SAH
                                )          Chapter 7
          DEBTORS.              )
```

### ORDER OF ABANDONMENT AND LIFTING STAY

The Motion for Relief From Automatic Stay and Abandonment of Property and Notice of Opportunity for Hearing filed herein by **Nationstar Mortgage LLC d/b/a Mr Cooper**, or its successors or assigns, (hereinafter referred to as Movant) comes on for consideration.  All findings of fact and conclusions of law are based upon representation of counsel.

The Movant claims to be the holder of a claim secured by a first mortgage lien upon the following property, situated in Oklahoma County, Oklahoma, described as:

> LOT FIVE (5), IN BLOCK THIRTY-ONE (31), IN
> RAMBLING ACRES, SECTION 3, AN ADDITION TO
> OKLAHOMA CITY, OKLAHOMA COUNTY, OKLAHOMA,
> ACCORDING TO THE RECORDED PLAT THEREOF.

Counsel represents that the motion was filed on March 6 2019 and served on all parties in interest pursuant to Local Rule 9007-1 and 11 U.S.C. § 362(d), and the last date for filing objections was March 20, 2019, which has passed with no objection thereto being served and filed. Therefore, the motion should be granted.

The Movant will suffer irreparable injury, loss and damage unless the automatic stay is lifted to permit Movant to proceed with its foreclosure action. The irreparable injury, loss and damage will be a greater accrual of interest on the unpaid principle balance and a potential deterioration of the property without the ability of the lender to conduct property preservation efforts.

**IT IS THEREFORE ORDERED** that the Trustee be and hereby is ordered to abandon the subject property and said property shall no longer constitute a part of said property estate.

**IT IS FURTHER ORDERED** that the stay imposed under 11 U.S.C. Section 362 is hereby lifted and terminated so as to permit enforcement of liens against the subject property described herein, but that the automatic stay shall remain in effect until fourteen (14) days after entry of this Order, per bankruptcy Rule 4001(a)(3).

**ALL FINDINGS OF FACT ARE BASED ON REPRESENTATIONS OF COUNSEL**

The Movant Shall Notify All Interested Parties of This Order

###

APPROVED FOR ENTRY:

s/Bret D. Davis
BRET D. DAVIS          #15079
LAMUN MOCK CUNNYNGHAM & DAVIS, P.C.
5613 N Classen Boulevard
Oklahoma City, Oklahoma 73118-1295
(405) 840-5900
Attorneys for Movant
bdavis@lamunmock.com